

## COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE CLERK
OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 27, 2015

David L. Reuthinger, Jr.
Webb County District Attorney's Office
1110 Victoria, Suite 401
Laredo, TX 78040

Nathan H. Chu
5517 McPherson, Suite 14
Laredo, TX 78041

Oscar A. Vela, Jr.
Law Offices of Oscar A. Vela, Jr.
5517 McPherson Road, Ste. 14
Laredo, Texas 78041

RE:   Court of Appeals Numbers:   04-14-00716-CR & 04-14-00717-CR
      Trial Court Case Number:   2014-CRM-000389-D2
      Styles:   Francisco Javie Azuara, Jr. and Alfonso Carlos
          Tamez v. The State of Texas

Dear Counsel:

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854